Gregory Keenan (*pro hac vice* pending)
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
gregory@digitaljusticefoundation.org

Andrew Grimm (*pro hac vice* pending)
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
andrew@digitaljusticefoundation.org

Ryan Hamilton (SBN 291349)
HAMILTON LAW LLC
5125 South Durango, Suite C
Las Vegas, Nevada 89113
(702) 818-1818
ryan@hamlegal.com

*Attorneys for Plaintiffs*[1]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., *a minor*, T.H., *a minor*,<br><br>on behalf of themselves and others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>NETFLIX INC.,<br>　　　　　*Defendant*. | Case No. 4:21-cv-6561-YGR<br><br>**[PROPOSED] Order Granting Stipulated Request for Order Changing Time**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

---

[1] Additional counsel, including defense counsel, are listed on the following page.

- 1 -
[Proposed] Order

| | |
|---|---|
| 1 | Rory Stevens (admission forthcoming) |
| | LAW OFFICE OF RORY L. STEVENS |
| 2 | 4303 Southwest Cambridge Street |
| | Seattle, Washington 98136 |
| 3 | (206) 850-4444 |
| 4 | rorylawstevensesq@gmail.com |
| 5 | Megan Verrips (*pro hac vice* pending) |
| | INFORMATION DIGNITY ALLIANCE |
| 6 | P.O. Box 8684 |
| | 101 Southwest Madison Street |
| 7 | Portland, Oregon 97207 |
| 8 | (925) 330-0359 |
| | megan@informationdignityalliance.org |
| 9 | |
| | James D. Banker (SBN 317242) |
| 10 | DIGITAL JUSTICE FOUNDATION |
| | 210 Flamingo Road, #424 |
| 11 | Las Vegas, Nevada 89169 |
| 12 | (714) 722-5658 |
| | jimbanker@gmail.com |
| 13 | |
| | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | Blanca F. Young (SBN 217533) |
| | MUNGER, TOLLES & OLSON LLP |
| 16 | 560 Mission Street, |
| | Twenty Seventh Floor |
| 17 | San Francisco, California 94105 |
| | (415) 512-4000 |
| 18 | (415) 512-4077 (fax) |
| 19 | blanca.young@mto.com |
| 20 | Jennifer L. Bryant (SBN 293371) |
| | Cory M. Batza (SBN 318612) |
| 21 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue |
| 22 | Fiftieth Floor |
| | Los Angeles, California 90071 |
| 23 | (213) 683-9100 |
| 24 | (213) 687-3702 (fax) |
| | jennifer.bryant@mto.com |
| 25 | cory.batza@mto.com |
| 26 | *Attorneys for Defendant* |
| 27 | |
| 28 | |

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation, and good cause appearing therefore, the Court sets the following briefing schedules:

1. The briefing schedule for the Motion for Remand / Jurisdictional Discovery, Dkt. 25-26, is to remain as is.

2. The briefing schedule for the Motion to Strike / Dismiss the First Amended Complaint, Dkt. 28, is the same as for the schedule set for the Motion to Strike / Dismiss the initial complaint, Dkt. 16:

    a. Plaintiffs' Opposition brief is due within 14 days of the Court's ruling on the motion to remand and/or motion for jurisdictional discovery, whichever is later;

    b. Defendant's Reply brief is due within 21 days of Plaintiffs' Opposition brief.

3. The hearing for the Motion to Strike / Dismiss the First Amended Complaint currently set for November 16, 2021, is hereby taken off calendar.

4. This schedule is without prejudice to Plaintiffs seeking an additional extension of time if the Court allows jurisdictional discovery.

5. This Stipulation is without prejudice to Defendant or Plaintiffs seeking all appropriate relief in connection with Plaintiffs' Motion for Remand / Jurisdictional Discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

October 21, 2021

Date

YVONNE GONZALEZ ROGERS
United States District Judge