**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF B.H., *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No.  4:21-cv-06561-YGR<br><br>**MISCELLANEOUS ORDER AND ORDER GRANTING ADMINISTRATIVE MOTION TO STRIKE AMENDED OPPOSITION AT DOCKET NUMBER 54**<br><br>Dkt. Nos. 54, 55 |

On several occasions, the Court has received emails from plaintiffs' counsel attempting to litigate substantive issues outside of the public record.  The Court does not consider substantive issues raised in email correspondence.  This practice is improper and needs to cease immediately.  Failure to comply with this **ORDER** may result in the imposition of any authorized sanctions. *See* Civ. L.R. 1-4.

Furthermore, Netflix, Inc., has filed an administrative motion (Dkt. No. 55) seeking to strike plaintiffs' amended opposition at Docket Number 54.  The Court is aware that this is not the first-time amended papers have been filed past Court ordered deadlines without an explanation.  Flouting Court orders and local rules is also improper and can result appropriate sanctions.  Since leave was not sought to file an amended opposition after the Court ordered deadline to oppose the underlying motion, the Court **HEREBY ORDERS** that the amended opposition is stricken.

This Order terminates Docket Number 55.

**IT IS SO ORDERED.**

Dated: December 10, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE