BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

JENNIFER L. BRYANT (State Bar No. 293371)
jennifer.bryant@mto.com
CORY M. BATZA (State Bar No. 318612)
cory.batza@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE ESTATE OF B.H., JOHN HERNDON, J.H., a minor, T.H., a minor, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:21-cv-06561-YGR<br><br>**JOINT STIPULATION TO CONTINUE POST-JUDGMENT DEADLINES UNDER RULE 54(d)**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Judge: Yvonne Gonzalez Rogers<br>Ctrm: 1 |

1    Plaintiffs the Estate of B.H., John Herndon, J.H., a minor, and T.H., a minor ("Plaintiffs"),
2  and Defendant Netflix, Inc. ("Netflix" or "Defendant") (collectively referred to herein as "the
3  Parties"), by and through their respective counsel, submit the following stipulation:
4    1.   WHEREAS, on August 25, 2021, Netflix removed this case from the Superior
5  Court of the State of California for the County of Santa Clara to the United States District Court
6  for the Northern District of California, ECF No. 3;
7    2.   WHEREAS, on September 1, 2021, Defendant filed a Special Motion to Strike
8  Pursuant to California Anti-SLAPP Statute, Cal. Code Civ. Proc. § 425.16, or in the alternative, a
9  Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Strike / Dismiss Initial
10 Complaint");
11   3.   WHEREAS, on September 22, 2021, Plaintiffs filed a First Amended Complaint
12 ("FAC"), ECF No. 22;
13   4.   WHEREAS, on October 6, 2021, Defendant filed a Special Motion to Strike the
14 FAC Pursuant to California Anti-SLAPP Statute, Cal. Code Civ. Proc. § 425.16, or in the
15 alternative, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Strike / Dismiss
16 the FAC"), ECF No. 28;
17   5.   WHEREAS, after a hearing on January 10, 2022, the Court issued an order
18 granting Defendant's Motion to Strike / Dismiss the FAC, ECF No. 74;
19   6.   WHEREAS, the Court entered an order on January 19, 2022 dismissing the case
20 with prejudice and directed the clerk to close the case, ECF No. 76;
21   7.   WHEREAS, the 14-day deadline for a motion under Rule 54(d) is February 2, 2022
22 (the "Post Judgment Deadline"), unless extended by rule or a Court order;
23   8.   WHEREAS, given Plaintiffs' intention to appeal the Court's order granting
24 Defendant's Motion to Strike / Dismiss the FAC, the Parties stipulate to extend the Post Judgment
25 Deadline in order to conserve the court's and the Parties' resources until the conclusion of the
26 appellate process;
27 ///
28 ///

1  ACCORDINGLY, IT IS HEREBY STIPULATED THAT: Defendant's deadline to file a
2  motion under Rule 54 is continued from February 2, 2022, until 14 days after the Ninth Circuit's
3  mandate is issued post-appeal.

6  DATED: January 28, 2022                    MUNGER, TOLLES & OLSON LLP

               By:   */s/ Blanca F. Young*
                     BLANCA F. YOUNG
                     Attorneys for NETFLIX, Inc.

11 DATED: January 28, 2022                    DIGITAL JUSTICE FOUNDATION, et al.

               By:   */s/ Rory Stevens*
                     RORY STEVENS
                     Attorneys for Plaintiffs THE ESTATE OF B.H., JOHN
                     HERNDON, J.H., a minor, T.H., a minor

**ATTESTATION**

I hereby certify that authorization for the filing of this Joint Stipulation has been obtained from counsel for all parties.

By:   */s/ Blanca F. Young*
          BLANCA F. YOUNG