Gregory Keenan (*pro hac vice* pending)
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

Andrew Grimm (*pro hac vice* pending)
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorneys for Plaintiffs*[1]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., *a minor*, T.H., *a minor*,<br><br>*on behalf of themselves and others similarly situated,*<br><br>        *Plaintiffs*,<br><br>    v.<br><br>NETFLIX INC.,<br>        *Defendant*. | Case No. 4:21-cv-6561-YGR<br><br>**Plaintiffs' Notice of Appeal & Ninth Circuit Representation Statement**<br><br><br><br><br><br>**Judge:** Hon. Yvonne Gonzalez Rogers |

---

[1] Additional counsel are listed on the following page.

Ryan Hamilton (SBN 291349)
HAMILTON LAW LLC
5125 South Durango, Suite C
Las Vegas, Nevada 89113
(702) 818-1818
Ryan@HamLegal.com

Rory Stevens (SBN 338941)
LAW OFFICE OF RORY L. STEVENS
4303 Southwest Cambridge Street
Seattle, Washington 98136
(206) 850-4444
RoryLawStevensEsq@Gmail.com

Megan Verrips (*pro hac vice* pending)
INFORMATION DIGNITY ALLIANCE
P.O. Box 8684
101 Southwest Madison Street
Portland, Oregon 97207
(925) 330-0359
Megan@InformationDignityAlliance.org

James D. Banker (SBN 317242)
DIGITAL JUSTICE FOUNDATION
210 Flamingo Road, #424
Las Vegas, Nevada 89169
(714) 722-5658
JimBanker@Gmail.com

*Attorneys for Plaintiffs*

**NOTICE OF APPEAL**

TO THE DEFENDANT IN THIS ACTION (*i.e.*, Netflix, Inc):

Pursuant to Federal Rule of Appellate Procedure 3, NOTICE OF APPEAL IS HEREBY GIVEN that

(A) <u>all Plaintiffs</u> (*i.e.*, the Estate of Isabella "Bella" Herndon, John Herndon, T.H., and J.H., on behalf of themselves and others similarly situated), <u>cf.</u> Fed. R. App. P. 3(c)(1)(A), 3(c)(3), <u>are appealing</u>

(B) <u>all appealable orders and judgments of this Court</u>, including but not limited to the following:
   (i) the Court's order and judgment dismissing this case, Dkt. 76;
   (ii) the Court's order granting Defendant's motion to strike and to dismiss, Dkt. 74; and
   (iii) the Court's order denying Plaintiffs' motion to remand, Dkt. 45; <u>cf.</u> Fed. R. App. P. 3(c)(1)(B), 3(c)(4), 3(c)(5),

(C) <u>to the United States Court of Appeals for the Ninth Circuit</u>, <u>cf.</u> Fed. R. App. P. 3(c)(1)(C).

**NINTH CIRCUIT REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Plaintiffs hereby submit the following Representation Statement:

- *Appellants*:   The appellants in this appeal are:
    - The Estate of Isabella "Bella" Herndon;
    - John Herndon;
    - T.H., a minor; and
    - J.H., a minor.

- *Appellants' Counsel*:   Appellants' counsel are:
    - Mr. Gregory Keenan
      DIGITAL JUSTICE FOUNDATION
      81 Stewart Street
      Floral Park, New York 11001
      (516) 633-2633
      Gregory@DigitalJusticeFoundation.org

    - Mr. Andrew Grimm
      DIGITAL JUSTICE FOUNDATION
      15287 Pepperwood Drive
      Omaha, Nebraska 68154
      (531) 210-2381
      Andrew@DigitalJusticeFoundation.org

    - Mr. James Banker
      DIGITAL JUSTICE FOUNDATION
      210 Flamingo Road, #42
      Las Vegas, Nevada 89169
      (714) 722-5658
      JimBanker@Gmail.com

    - Mr. Rory Stevens
      LAW OFFICE OF RORY L. STEVENS
      4303 Southwest Cambridge Street
      Seattle, Washington 98136
      (206) 850-4444
      RoryLawStevensEsq@Gmail.com

    - Mr. Ryan Hamilton
      HAMILTON LAW LLC
      5125 South Durango, Suite C
      Las Vegas, Nevada 89113
      (702) 818-1818
      Ryan@HamLegal.com.

- *Appellee*:   The appellee in this appeal is:

    o   Netflix, Inc.

- *Appellee's Counsel*:   Appellee's counsel are:

    o   Mr. Kelly Klaus
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street,
        Twenty Seventh Floor
        San Francisco, California 94105
        (415) 512-4017
        (415) 512-4077 (fax)
        Kelly.Klaus@MTO.com

    o   Ms. Blanca Young
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street,
        Twenty Seventh Floor
        San Francisco, California 94105
        (415) 512-4019
        (415) 512-4077 (fax)
        Blanca.Yount@MTO.com

    o   Ms. Jennifer Bryant
        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue
        Fiftieth Floor
        Los Angeles, California 90071
        (213) 683-9100
        (213) 687-3702 (fax)
        Jennifer.Bryan@MTO.com

    o   Ms. Cory M. Batza
        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue
        Fiftieth Floor
        Los Angeles, California 90071
        (213) 683-9100
        (213) 687-3702 (fax)
        Cory.Batza@MTO.com.

| | | |
|---|---|---|
| 1 | DATED: February 16, 2022 | Respectfully submitted, |
| 2 | | */s/ Rory Stevens* |
| 3 | | Rory Stevens (SBN 338941) |
| | | LAW OFFICE OF RORY L. STEVENS |
| 4 | | 4303 Southwest Cambridge Street |
| 5 | | Seattle, Washington 98136 |
| | | (206) 850-4444 |
| 6 | | RoryLawStevensEsq@Gmail.com |
| 7 | | Gregory Keenan (*pro hac vice* pending) |
| | | DIGITAL JUSTICE FOUNDATION |
| 8 | | 81 Stewart Street |
| 9 | | Floral Park, New York 11001 |
| | | (516) 633-2633 |
| 10 | | Gregory@DigitalJusticeFoundation.org |
| 11 | | Andrew Grimm (*pro hac vice* pending) |
| | | DIGITAL JUSTICE FOUNDATION |
| 12 | | 15287 Pepperwood Drive |
| 13 | | Omaha, Nebraska 68154 |
| | | (531) 210-2381 |
| 14 | | Andrew@DigitalJusticeFoundation.org |
| 15 | | James Banker (SBN 317242) |
| | | DIGITAL JUSTICE FOUNDATION |
| 16 | | 210 Flamingo Road, #42 |
| 17 | | Las Vegas, Nevada 89169 |
| | | (714) 722-5658 |
| 18 | | JimBanker@Gmail.com |
| 19 | | Megan Verrips (*pro hac vice* pending) |
| | | INFORMATION DIGNITY ALLIANCE |
| 20 | | P.O. Box 8684 |
| 21 | | 101 Southwest Madison Street |
| | | Portland, Oregon 97207 |
| 22 | | (925) 330-0359 |
| | | Megan@InformationDignityAlliance.org |
| 23 | | |
| 24 | | Ryan Hamilton (SBN 291349) |
| | | HAMILTON LAW LLC |
| 25 | | 5125 South Durango, Suite C |
| | | Las Vegas, Nevada 89113 |
| 26 | | (702) 818-1818 |
| | | Ryan@HamLegal.com |
| 27 | | |
| 28 | | *Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *NOTICE OF APPEAL* on:

>Ms. Blanca F. Young
>MUNGER, TOLLES & OLSON LLP
>560 Mission Street,
>Twenty Seventh Floor
>San Francisco, California 94105
>(415) 512-4019
>(415) 512-4077 (fax)
>Blanca.Yount@MTO.com
>
>Ms. Jennifer L. Bryant
>Ms. Cory M. Batza
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue
>Fiftieth Floor
>Los Angeles, California 90071
>(213) 683-9100
>(213) 687-3702 (fax)
>Jennifer.Bryant@MTO.com
>Cory.Batza@MTO.com

*Attorneys for Defendant Netflix, Inc.*

via **electronic filing** in CM/ECF.

Dated: February 16, 2022        */s/ Rory Stevens*
                               Rory Stevens