UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE ESTATE OF ISABELLA
"BELLA" HERNDON; et al.,

          Plaintiffs - Appellants,

  v.

NETFLIX, INC.,

          Defendant - Appellee.

No. 22-15260

D.C. No. 4:21-cv-06561-YGR
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered February 27, 2024, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT