UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE ESTATE OF ISABELLA "BELLA" HERNDON; et al.,

Plaintiffs-Appellants,

v.

NETFLIX, INC.,

Defendant-Appellee.

No.    22-15260

D.C. No. 4:21-cv-06561-YGR
Northern District of California,
Oakland

ORDER

Before:  MILLER, BADE, and VANDYKE, Circuit Judges.

Appellee Netflix, Inc.'s motion to vacate or amend this court's March 4, 2025 order, or in the alternative, petition for panel rehearing, dkt. 129, is GRANTED in part and the March 4, 2025 order, dkt. 126, is vacated because it was erroneously issued before the issuance of the Supreme Court's mandate. Appellants' unopposed motion for an extension of time to respond to Appellee's motion to vacate or amend the March 4, 2025 order, dkt. 131, is DENIED as moot.

**Dkt. 129 is GRANTED in part, Dkt. 126 is VACATED, Dkt. 131 is DENIED as moot.**