# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 28, 2025

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> **Re:  Estate of Herndon, et al.**
> **v. Netflix, Inc.**
> **No. 24-434 (Your docket No. 22-15260)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 28, 2025

Mr. Andrew Benedict Grimm, Esq.
Digital Justice Foundation, Inc.
15287 Pepperwood Drive
Omaha, NE 68154

Ms. Elaine Janet Goldenberg, Esq.
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, NW
Suite 500E
Washington, D.C. 20001-5369

> Re:  **Estate of Herndon, et al.**
>      **v. Netflix, Inc.**
>      **No. 24-434**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:**            **$300.00**

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 9th Cir.
     (Your docket No. 22-15260)

# Supreme Court of the United States

### No.  24–434

**THE ESTATE OF ISABELLA "BELLA" HERNDON, ET AL.,**

Petitioners

**v.**

**NETFLIX, INC.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Royal Canin U.S.A., Inc.* v. *Wullschleger*, 604 U. S. 22 (2025).

**IT IS FURTHER ORDERED** that the petitioners, The Estate of Isabella "Bella" Herndon, et al., recover from Netflix, Inc., Three Hundred Dollars ($300.00) for costs herein expended.

February 24, 2025

**Clerk's costs:**                  **$300.00**

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States