UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE ESTATE OF ISABELLA "BELLA" HERNDON; et al.,

          Plaintiffs-Appellants,

 v.

NETFLIX, INC.,

          Defendant-Appellee.

No.   22-15260

D.C. No. 4:21-cv-06561-YGR
Northern District of California,
Oakland

ORDER

Before:  MILLER, BADE, and VANDYKE, Circuit Judges.

On February 24, 2025, the Supreme Court granted Plaintiffs-Appellants' petition for a writ of certiorari in *Estate of Herndon v. Netflix, Inc.*, No. 22-15260 (2/15/24), vacated the judgment, and remanded for reconsideration in light of *Royal Canin, U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025).  Dkt. 125.  Before the Court's mandate had issued, we issued an order remanding this case to the district court with instructions to apply the holding of *Royal Canin*.  Dkt. 126.  We subsequently vacated that order because it was issued prematurely.  Dkt. 132. Defendant-Appellee Netflix, Inc. has filed a motion for the court to order briefing on whether *Royal Canin* has any impact on the court's jurisdiction in this case. Dkt. 134 at 1.  Alternatively, it requests that we "remand this case to the district court for further jurisdictional analysis."  Dkt. 134 at 5.

Netflix's motion is GRANTED in part, to the extent that it alternatively requests that we remand this case to the district court to consider what effect, if any, the Supreme Court's decision in *Royal Canin* has on the court's subject matter jurisdiction in this case.  The district court has not yet had the opportunity to consider whether *Royal Canin* has any significance to a case removed to federal court pursuant to the Class Action Fairness Act.  "As a federal court of appeals, we must always be mindful that we are a court of review, not first view." *Roth v. Foris Ventures, LLC*, 86 F.4th 832, 838 (9th Cir. 2023) (quoting *Shirk v. United States ex rel. Dep't of Interior*, 773 F.3d 999, 1007 (9th Cir. 2014)).  We express no view on whether *Royal Canin* is relevant here.

**REMANDED.**