UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE ESTATE OF ISABELLA "BELLA" HERNDON; et al.,

Plaintiffs-Appellants,

v.

NETFLIX, INC.,

Defendant-Appellee.

No.    22-15260

D.C. No. 4:21-cv-06561-YGR
Northern District of California,
Oakland

ORDER

Before:  MILLER, BADE, and VANDYKE, Circuit Judges.

Defendant-Appellee Netflix's motion, dkt. 152, objecting to the taxing of Plaintiff-Appellants' bill of costs is GRANTED.  The parties shall bear their own costs.  *See* Fed. R. App. P. 39(a)(4).