BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
J. MAX ROSEN (State Bar No. 310789)
max.rosen@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ELAINE J. GOLDENBERG (*pro hac vice*)
elaine.goldenberg@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 E
Washington, DC 20001
Telephone: (202) 220-1100

Attorneys for NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF B.H., JOHN HERNDON, J.H., a minor, T.H., a minor, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 4:21-cv-06561-YGR<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME**<br><br>Date: September 3, 2025<br>Ctrm: 1<br>Judge: Yvonne Gonzalez Rogers |

Defendant Netflix, Inc. does not take a position on whether the Court should grant Plaintiff's motion for a 21-day extension of time for the parties to file reply briefs addressing the impact, if any, of *Royal Canin U.S.A. v. Wullschleger,* 604 U.S. 22 (2025) on this matter. However, Defendant would object to an extension being granted without sufficient notice before the the current September 5, 2025 deadline, and without a corresponding extension of Defendant's reply deadline.

After this case was remanded by the Ninth Circuit for this Court to consider the impact of *Royal Canin*, the Court ordered the to parties submit a briefing schedule for "simultaneous briefs

and replies." Dkt. 97.  In response, the parties jointly proposed, and the Court ordered, that the parties would file simultaneous principal briefs on August 1, 2025, simultaneous reply briefs on September 5, 2025, and be heard on September 23, 2025.  Dkt. 103.

      Defendant is prepared to file its reply brief on September 5, 2025 as required by the current schedule, but it should not be put in a position where it is filing a reply brief before Plaintiff.  Instead, as Plaintiff appears to agree (see Mot. at 2), the schedule requiring a simultaneous exchange of reply briefs should be preserved.  Accordingly, Defendant respectfully requests that (1) the Court rule on Plaintiff's motion prior to September 5, 2025 so that the parties know whether that deadline will remain in place or be moved; and (2) if the Court extends the deadline for reply briefs it does so for both parties such that their respective replies will be due at the same time.

      Respectfully submitted,

DATED: September 2, 2025.          MUNGER, TOLLES & OLSON LLP

By:    */s/ Blanca F. Young*
      BLANCA F. YOUNG
Attorneys for NETFLIX, INC.

-2-     Case No. 4:21-cv-06561-YGR
RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME