UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF B.H., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 4:21-cv-06561-YGR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On November 10, 2025, the Court issued an order affirming its subject matter jurisdiction in this case. (Dkt. No. 116.) The parties were directed to submit statements regarding the next steps, if any, in the litigation, which the Court received on November 20, 2025. (Dkt. Nos. 117, 118.) The Court has reviewed the position statements and agrees with Netflix's logic that the appropriate next step is the entry of judgment in favor of Netflix. While the events of this case are undisputedly tragic, the Court remains bound to follow the law. The Court may not exceed the scope of the Ninth Circuit's remand order. *Alaska Dep't of Fish & Game v. Fed. Subsistence Bd.*, 139 F.4th 773, 789 (9th Cir. 2025). Accordingly, the Court reaffirms its order, and judgment will follow.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE