**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE ESTATE OF B.H.**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**NETFLIX, INC.**,<br><br>  Defendant. | Case No.: 4:21-cv-06561-YGR<br><br>**JUDGMENT** |

    The Court having dismissed this case with prejudice and affirmed that the Court properly had subject matter jurisdiction under *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025) when it did so, it is hereby **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Order:

    The Clerk of the Court shall enter this judgment and close this matter.

    **IT IS SO ORDERED.**

Dated: November 25, 2025

                                              _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT JUDGE**